# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | 7:00-CR-12 (WDO) |
| **KEITH HARNED,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

This matter is before the Court on Defendant Harned's renewed Rule 36 Motion pursuant to which he requests the Court to correct the written judgment to state that half of any income "earned" by Mr. Harned while he is in prison goes toward payment of restitution and special assessments. As explained in this Court's previous order, because Harned is requesting the Court to modify the Amended Judgment in a way that is a substantive change and not a clerical error, his motion is not properly brought pursuant to Rule 36 and is therefore DENIED.

**SO ORDERED this 29th day of May, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**