# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | 7:00-CR-12 (WDO) |
| **KEITH HARNED,** : | |
| : | |
| **Defendant** : | |

## ORDER

This matter is before the Court on Defendant Harned's THIRD motion to "correct" the written judgment regarding income earned while he is in prison. As explained in the previous orders, because Harned is requesting the Court to modify the Judgment in a way that is a substantive change and not a clerical change, his original motions were not properly brought pursuant to Rule 36 and the latest motion is therefore DENIED.

**SO ORDERED this 13th day of June, 2007.**

**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**