# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

KEITH V. HARNED,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. 7:00-CR-12
28 U.S.C. § 2255
CASE NO. 7:08-CV-90033

## ORDER

On September 17, 2010, the Court entered an order (Doc. 606) granting Petitioner's motion for reconsideration and remanded the case to the Magistrate Judge for further proceedings. The Court instructed the Magistrate Judge to review Petitioner's previously filed reply brief and issue a new recommendation as to Petitioner's § 2255 motion which takes Petitioner's arguments into account.

The Magistrate Judge subsequently entered an order (Doc. 609) directing the Government to respond to the issues raised in Petitioner's reply brief and motion for reconsideration. Petitioner then filed a Notice of Appeal (Doc. 617) to this Court in which he argues it was improper for the Magistrate Judge to allow the Government to submit a responsive pleading. The Government filed its pleading as required on November 19, 2010 (Doc. 634). Petitioner has since filed several other motions relating to his case (Docs. 627, 630, 638).

Pursuant to Local Rule 72.1, the Court has designated the Magistrate Judge to conduct the proceedings in this case. Whether additional briefing should be allowed is his decision to be made at his discretion. The Notice of Appeal is dismissed, and this case is returned to the Magistrate Judge for further proceedings.

**SO ORDERED**, this the 1st day of December, 2010.

*s/ Hugh Lawson*

**HUGH LAWSON, SENIOR JUDGE**

mbh