# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **KEITH V. HARNED,**<br><br>　　　　Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　Respondent. | CASE NO. 7:00-CR-12<br>28 U.S.C. § 2255<br>CASE NO. 7:08-CV-90033 |

## ORDER

On December 6, 2010, the Government filed an Application for Writ of Garnishment (Doc. 643). On December 8, 2010, the Court entered a writ of garnishment directed to the Georgia Department of Revenue (Doc. 645). The Department of Revenue answered (Doc. 651), and Defendant subsequently filed a motion to quash the writ (Doc. 653), in which he contends that the Government failed to comply with the statutory requirements for issuance of a writ of garnishment.

Based on the Government's proposal set out in Document 660, the Court orders as follows:

　　1.　　The Government is authorized to withdraw the current Application for Writ of Garnishment;

　　2.　　The Government is authorized to file a new Application for Writ of Garnishment;

3. The statutory demand for payment requirement (28 U.S.C. § 3205(b)(1)(B)) has been met and satisfied;

4. The mailing address that is binding upon Defendant is as follows: Keith V. Harned, Reg. No: 87249-020, FMC Butner Cadre 2, P.O. Box 1600, Butner, NC 27509; and

5. Proof of mailing issues will be satisfied by a showing by the Government that the mailing was done by certified mail, return receipt requested.

**SO ORDERED**, this the 17th day of February, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh