# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**KEITH V. HARNED,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

CASE NO. 7:00-CR-12
28 U.S.C. § 2255
CASE NO. 7:08-CV-90033

# ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. 669) of the Court's Order directing the Government to withdraw its Application for Writ of Garnishment and file a new Application for Writ of Garnishment. Upon review, the Court finds no reason to reconsider its Order. Thus, the Motion for Reconsideration is denied.

**SO ORDERED**, this the 3rd day of June, 2011.

                *s/ Hugh Lawson*
                **HUGH LAWSON, SENIOR JUDGE**

mbh