# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **KEITH V. HARNED,**<br><br>Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | CASE NO. 7:00-CR-12-6<br>28 U.S.C. § 2255<br>CASE NO. 7:08-CV-90033 |

## ORDER

This case is before the Court on the Revised Report and Recommendation of United States Magistrate Judge Stephen Hyles (Doc. 671). The Magistrate Judge recommends that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 466) be denied. He also states that Petitioner's Motion to Add New Jurisdictional Defect Claim (Doc. 627) should be denied as untimely.

Petitioner has filed a number of objections to the Recommendation, as permitted by 28 U.S.C. § 636. The Court has reviewed the objections, and has made a *de novo* review of the portions of the Recommendation to which objections have been made. After careful consideration, the Court finds the objections to be without merit.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge (Doc. 671). Petitioner's Motion to Vacate

(Doc. 466) is denied. Petitioner's Motion to Add New Jurisdictional Defect Claim (Doc. 627) is denied. Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right such that a certificate of appealability should be granted. 28 U.S.C. § 2253(c)(2). A certificate of appealability is denied in this case.

**SO ORDERED**, this the 19th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh