IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **KEITH V. HARNED,**<br><br>　　　Petitioner,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　Respondent. | CASE NO. 7:00-CR-12<br>28 U.S.C. § 2255<br>CASE NO. 7:08-CV-90033 |

### ORDER

This case is before the Court on Petitioner's Motion for Reconsideration (Doc. 692) of the Court's order denying his motion to vacate and subsequent judgment.

"Motions for reconsideration should be granted only if: (1) there has been an intervening change in controlling law; (2) new evidence has been discovered; or (3) reconsideration is needed to correct clear error or prevent manifest injustice." Ctr. for Biological Diversity v. Hamilton, 385 F.Supp.2d 1330, 1337 (N.D. Ga. 2005).

Upon review, the Court finds that Petitioner has not shown an intervening change in law, new evidence, or clear error. If Petitioner believes the Court has erred, he can raise those claims before the Eleventh Circuit.

The Motion for Reconsideration (Doc. 692) is denied.

**SO ORDERED**, this the 15th day of August, 2011.

　　　　　　　　　　　　　　　　　　　　*s/ Hugh Lawson*
　　　　　　　　　　　　　　　　　　　　**HUGH LAWSON, SENIOR JUDGE**

mbh