**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

**KEITH HARNED**,

    Petitioner,

v.                                                              Civil Action No. 7:00-CR-12 (HL)

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 755), entered August 19, 2014. Judge Hyles recommends that Petitioner's motion for leave to file a reply brief (Doc. 729) be granted and that Petitioner's Rule 60(b) motion (Doc. 726) be denied.

Petitioner has filed objections to the Recommendation. (Doc. 30). The Court has reviewed the objections and conducted a *de novo* review of the Recommendation and the record. Upon review, the Court accepts and adopts the Recommendation. Plaintiff's objections are overruled. Accordingly, Petitioner's motion for leave to file a reply brief (Doc. 729) is granted. Petitioner's Rule 60(b) motion (Doc. 726) is denied.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right such that a certificate of appealability should

be granted. 28 U.S.C. § 2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000).

A certificate of appealability is denied in this case.

    **SO ORDERED**, this 18th day of September, 2014.

                                    *s/ Hugh Lawson*
                                    **HUGH LAWSON, SENIOR JUDGE**

aks